# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | 1:22-mj- 00207-CL |
| Edward Hernandez-Corchado | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 4-11, 2022 in the county of Deschutes in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

The attached affidavit of Adam Burtt

☑ Continued on the attached sheet.

S/ Adam Burtt

*Complainant's signature*

Adam Burtt, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/19/22

*Judge's signature*

City and state: Medford, Oregon      Mark D. Clarke, United Magistrate Judge

*Printed name and title*